UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RYAN D. RUSSELL, SR. | CIVIL ACTION NO. 09-2139 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LYNN COOPER, WARDEN | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed,[1] and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE**.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 25th day of March, 2013.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Ryan Russell's ("Russell") objections were originally due March 21, 2013. See Record Document 30. He filed a motion for extension of time and was given until April 4, 2013 to file objections. See Record Documents 31 & 32. However, Russell ultimately filed his objections on March 20, 2013. See Record Document 35.